IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE S. BUSSINGER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-03994 |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA PRISON SYSTEM, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 3rd day of August, 2009, upon consideration of Defendants Louis Giorla, John Delaney, Eric Ruhland, Alfredo White, Leon A. King, Walter Dunleavy, J.R. Anderson, Joseph Glynn, and the City of Philadelphia Law Department's Motion for Summary Judgment (Doc. No. 36) and Plaintiff's Response (Doc. No. 38), it is hereby ORDERED as follows:

1. The City of Philadelphia Law Department's Motion for Summary Judgment is GRANTED and all claims against the City of Philadelphia Law Department are DISMISSED WITH PREJUDICE;

2. Defendant Walter Dunleavy's Motion for Summary Judgment is GRANTED and all claims against Defendant Dunleavy are DISMISSED WITH PREJUDICE;

3. Defendant Louis Girola, John Delaney, Eric Ruhland, Alfredi White, Leon A. King, J.R. Anderson, and Joseph Glynn's Motion for Summary Judgment are GRANTED IN PART and DENIED IN PART. Their motion is GRANTED with respect to Plaintiff's Eighth Amendment and Fourteenth Amendment liberty interest claims and those claims are DISMISSED WITH PREJUDICE. Their motion is DENIED with respect to Plaintiff's First Amendment Retaliation

Claim;

      4. Plaintiff is prohibited from recovering monetary damages on his Pennsylvania Constitutional claims.

                              BY THE COURT:

                              __/s/ Joel H. Slomsky____
                                JOEL H. SLOMSKY,  J.